FRANK BLAIR, Respondent, *v.* M. McCORMACK CONSTRUCTION
COMPANY, Appellant.

*Blair* v. *McCormack Constr. Co.*, 123 App. Div. 30, affirmed.
(Argued March 4, 1909; decided March 23, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 30, 1907, which reversed an order of the court at
a Trial Term setting aside a verdict in favor of plaintiff and
directed a reinstatement of such verdict in an action by a hus-
band to recover for loss of services of his wife, alleged to
have resulted from personal injuries sustained by her through
defendant's negligence.

*Eugene Lamb Richards, Jr., Rutherford B. Meyer* and
*Frank Verner Johnson* for appellant.

*Archibald Foote Clark* and *Ralph Gillette* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent:
CHASE, J.

---

THOMAS F. MASON, Respondent, *v.* EVELYN E. THOMPSON,
Appellant.

*Mason* v. *Thompson*, 121 App. Div. 921, affirmed.
(Submitted March 5, 1909; decided March 23, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 4, 1907, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for personal injuries alleged
to have been sustained through defendant's negligence.

*Harold N. Whitehouse* and *C. Walter Randall* for appellant.

*Henry Siegrist, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.